# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **MARK ABLES,** Individually and on behalf of all others similarly situated, | § § § § | Civil Action No. 4:2019-cv-00199 |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **WASTE MANAGEMENT, INC. OF TENNESSEE** | § § § | |
| *Defendant.* | § § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

## NOTICE OF WITHDRAWAL OF COUNSEL

**TO THE HONORABLE LEE H. ROSENTHAL:**

Plaintiff hereby notifies the Court and all counsel of record in this case that George Schimmel, formerly of the law firm ANDERSON ALEXANDER, PLLC, is no longer counsel of record on this matter and respectfully requests that he be withdrawn as Plaintiff's counsel on this matter.

Date: April 2, 2019                Respectfully submitted,

                               **ANDERSON ALEXANDER, PLLC**

                    By:    /s/ *Clif Alexander*
                               **Clif Alexander**
                               Federal I.D. No. 1138436
                               Texas Bar No. 24064805
                               clif@a2xlaw.com
                               **Austin W. Anderson**
                               Federal I.D. No. 777114
                               Texas Bar No. 24045189
                               austin@a2xlaw.com
                               **Lauren E. Braddy**
                               Federal I.D. No. 1122168
                               Texas Bar No. 24071993
                               lauren@a2xlaw.com
                               **Alan Clifton Gordon**

        Federal I.D. No. 19259
        Texas Bar No. 00793838
        cgordon@a2xlaw.com
        **Carter T. Hastings**
        Federal I.D. No. 3101064
        Texas Bar No. 24101879
        carter@a2xlaw.com
        819 N. Upper Broadway
        Corpus Christi, Texas 78401
        Telephone: (361) 452-1279
        Facsimile: (361) 452-1284

        ***Attorneys in Charge for Plaintiff and the Putative Class Members***

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        */s/ Clif Alexander*
        Clif Alexander