# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MARK ABLES, individually and on behalf of all others similarly situated,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WASTE MANAGEMENT, INC. OF TENNESSEE,** )<br>)<br>Defendant. )<br>) | Case No. 1:19-CV-01090-STA-JAY |

## NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Waste Management, Inc. of Tennessee ("Defendant" or "WMTN") and Named-Plaintiff Mark Ables and Opt-In Plaintiffs James Bell, Roy Horne, Bret Jowers, Cedric Kyles, Brett Longmire, Cedric Myles, Randy Shane, Robert Thomson, and Matthew Thurston (*see* Dkt. No. 7) (collectively "Opt-In Waste Disposal Drivers"), by and through their undersigned counsel, hereby notify the Court that they have resolved the above-captioned matter and jointly stipulate to dismiss all claims against WMTN with prejudice. WMTN and Opt-In Plaintiff John Shanklin (*see* Dkt. No. 7) also jointly stipulate to dismiss all claims Mr. Shanklin has or may have against WMTN, without prejudice. In support of this joint stipulation, the Parties state as follows:

1. The Parties jointly represent that Mr. Ables and the Opt-In Waste Disposal Drivers released each of their claims in the above-captioned lawsuit by accepting, signing and cashing their Settlement Checks in the parallel but unrelated lawsuit entitled *Holbert v. Waste Management of Pennsylvania*, et al., Case No. 2:18-CV-02486-CMR, filed in the United States District Court

for the Eastern District of Pennsylvania before the Honorable District Court Judge Cynthia M. Rufe.  *See* **Exhibit A**.  The *Holbert* Plaintiffs, inclusive of Mr. Ables and the Opt-In Waste Disposal Drivers, consist of Waste Disposal Drivers in approximately 60 job titles spanning the United States. *See Holbert*, Dkt. No. 1.  In addition, the *Holbert* Plaintiffs allege identical claims of working off-the-clock during meal periods, for essentially the same statute of limitations period. *Id.*  As a result, Mr. Ables and the Opt-In Waste Disposal Drivers' claims are extinguished and fully resolved.

        2.      Mr. Shanklin was not included in the *Holbert* settlement and therefore did not receive a Settlement Check because he was employed as a Helper, not a Waste Disposal Driver. He also is not covered by the allegations in this lawsuit.  The Parties therefore seek dismissal of his claims and causes of action without prejudice.

        WHEREFORE, Defendant Waste Management, Inc. of Tennessee, Named-Plaintiff Mark Ables, and Opt-In Plaintiffs James Bell, Roy Horne, Bret Jowers, Cedric Kyles, Brett Longmire, Cedric Myles, Randy Shane, Robert Thomson, Matthew Thurston, and John Shanklin respectfully request that this Court dismiss all claims and causes of action in this lawsuit with prejudice, except that the Parties seek to dismiss any claims and causes of action brought by John Shanklin against Waste Management, Inc. of Tennessee without prejudice, and such other and further relief to which they may be justly entitled.

Date: January 22, 2020

/s/ Clif Alexander
Austin W. Anderson (Pro Hac Vice)
Texas Bar No. 24045189
Email: austin@a2xlaw.com
Clif Alexander (Pro Hac Vice)
Texas Bar No. 24064805
Email: clif@a2xlaw.com
819 North Upper Broadway
Corpus Christi, Texas 78401

Respectfully submitted,

/s/ Matthew G. Gallagher
Matthew G. Gallagher (TN Bar No. 27242)
Littler Mendelson, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
Telephone: (901) 795-6695
mgallagher@littler.com

Telephone: (361) 452-1279
Fax: (361) 452-1284

Attorneys for Plaintiff

John Ybarra (Attorney-in-Charge)
LITTLER MENDELSON, P.C.
(*Pro Hac Vice*)
Illinois Bar No. 00583156
Abby L. Bochenek
(*Pro Hac Vice*)
Illinois Bar No. 6312377
Matthew J. Ruza
(*Pro Hac Vice*)
Illinois Bar No. 632142
321 North Clark Street, Suite 1000
Chicago, Illinois  60654
Telephone: (312) 372-5520
Facsimile: (312) 372-7880
jybarra@littler.com
abochenek@littler.com
mruza@littler.com

Of Counsel:

Allison C. Williams
Texas Bar No. 24075108
Federal I.D. No. 1138493
acwilliams@littler.com
Conor H. Kelly
Texas Bar No. 24077579
Federal I.D. No. 3006883
ckelly@littler.com
**LITTLER MENDELSON, P.C.**
1301 McKinney Street, Suite 1900
Houston, Texas  77010
Telephone:  (713) 652-4729
Facsimile:   (713) 519-2121

**ATTORNEYS FOR DEFENDANT
WASTE MANAGEMENT, INC. OF TENNESSEE**

---

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that, on January 20, 2020, counsel for the Parties conferred, are in agreement with the action requested herein, and agreed to file this notice and stipulation jointly.

                                              */s/ John A. Ybarra*
                                              John A. Ybarra

## CERTIFICATE OF SERVICE

    I certify that on January 22, 2020, I filed the foregoing document via the Court's electronic filing system, which will automatically serve notice on all counsel of record.

Clif Alexander
Austin W. Anderson
Lauren E. Braddy
Alan Clifton Gordon
Carter T. Hastings
**ANDERSON ALEXANDER, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284
clif@a2xlaw.com
austin@a2xlaw.com
lauren@a2xlaw.com
cgordon@a2xlaw.com
carter@a2xlaw.com

                                                */s/ Matthew G. Gallagher*
                                                Matthew G. Gallagher