UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| **MARK ABLES,** *individually and On behalf of all others similarly Situated,* | *JUDGMENT IN A CIVIL CASE* |
| Plaintiff, | |
| vs. | |
| **WASTE MANAGEMENT, INC., OF TENNESSEE,** | CASE NO: 19-1090-STA-jay |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice of Settlement and Joint Stipulation of Dismissal entered on January 22, 2020, the claims by Named-Plaintiff Mark Ables, and Opt-In Plaintiffs James Bell, Roy Horne, Bret Jowers, Cedric Kyles, Brett Longmire, Cedric Myles, Randy Shane, Robert Thomson, Matthew Thurston, and John Shanklin will be DISMISSED with prejudice. Any claims by John Shanklin will be without prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE:** 1/23/2020

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk